UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
LEONEL RAOUL,

                    Plaintiff,

v.

SEYOPP CORPORATION, d/b/a QUALITY HOUSE
WINES & SPIRITS, and GARY FRADIN, an
Individual

                    Defendants.
------------------------------------------------------------------X

Case No.: 1:10 CV 1802 (GBD)

PROPOSED ORDER APPROVING
<u>FLSA SETTLEMENT</u>

GEORGE B. DANIELS, United States District Judge.

    WHEREAS, a Joint Motion for Approval of FLSA Settlement and Dismissal with Prejudice concerning the above-captioned action having come on to be heard before the Honorable George B. Daniels seeking approval of settlement between the parties; and

    WHEREAS, the Court has reviewed the parties' Joint Motion for Approval of FLSA Settlement and Dismissal with Prejudice, and the parties' fully executed written Settlement Agreement and Release of Claims; and

    WHEREAS, there being no opposition thereto; and

    WHEREAS, it appears to the Court that the agreed to settlement of the above-captioned action according to the terms of the Settlement Agreement and Release of Claims is a fair and reasonable resolution of a *bona fide* dispute.

    NOW, THEREFORE, IT IS HEREBY ORDERED, that the settlement of the above-captioned action pursuant to the terms of the Settlement Agreement and Release of

Claims is approved, the case is dismissed with prejudice and that each party shall bear its own costs and attorneys' fees.

Dated: New York, New York
      November ___, 2010

_____
Hon. George B. Daniels, U.S.D.J.